# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

GLENN BURTON, JR., a minor, by
his Guardian ad Litem Susan Gramling,
    Plaintiff,
v.              Case No. 07CV0303
AMERICAN CYANAMID CO.,
ARMSTRONG CONTAINERS, INC.,
E.I. DUPONT DE NEMOURS & COMPANY, INC.,
MILLENNIUM HOLDINGS, L.L.C.,
N.L. INDUSTRIES, INC., ATLANTIC
RICHFIELD COMPANY, and
SHERWIN-WILLIAMS COMPANY,
    Defendants.

---

RAVON OWENS, a minor, by Guardian ad Litem
Susan Gramling,
    Plaintiff,
v.              Case No. 07C0441
ABC INSURANCE, AMERICAN CYANAMID CO.,
ARMSTRONG CONTAINERS, INC., CONAGRA
FOODS, INC., E.I. DUPONT DENEMOURS &
COMPANY, MILLENNIUM HOLDINGS LLC,
NL INDUSTRIES INC., THE ATLANTIC
RICHFIELD COMPANY, and THE SHERWIN
WILLIAMS COMPANY,
    Defendants.

---

BRIONN STOKES, a minor, by
Guardian ad Litem Susan Gramling,
    Plaintiff,
v.              Case No. 07CV0865
AMERICAN CYANAMID CO., ARMSTRONG
CONTAINERS, INC., CONAGRA FOODS INC.,
E.I. DUPONT DE NEMOURS & COMPANY,
LEAD INDUSTRIES ASSOCIATION INC.,
MILLENNIUM HOLDINGS, L.L.C.,
N.L. INDUSTRIES, INC., THE ATLANTIC
RICHFIELD COMPANY and THE
SHERWIN-WILLIAMS COMPANY,
    Defendants.

**CESAR SIFUENTES, a minor, by**
**Guardian ad Litem, Susan M. Gramling,**
        **Plaintiffs,**

**v.**                                          **Case No. 10CV0075**

**AMERICAN CYANAMID COMPANY,**
**ARMSTRONG CONTAINERS INC.,**
**E I du PONT de NEMOURS AND**
**COMPANY, NL INDUSTRIES, INC.,**
**ATLANTIC RICHFIELD COMPANY and**
**THE SHERWIN-WILLIAMS COMPANY,**
        **Defendants.**

---

**MANIYA ALLEN, et al,**
**by Guardian ad Litem Susan Gramling**

**v.**                                          **Case No. 11CV0055**

**AMERICAN CYANAMID COMPANY,**
**ARMSTRONG CONTAINERS INC.,**
**E I du PONT de NEMOURS AND**
**COMPANY, NL INDUSTRIES, INC.,**
**ATLANTIC RICHFIELD COMPANY and**
**THE SHERWIN-WILLIAMS COMPANY,**
        **Defendants.**

---

**DEZIREE VALOE and DETAREION VALOE,**
**by their Guardian ad Litem Susan Gramling,**

**v.**                                          **Case No. 11CV0425**

**AMERICAN CYANAMID COMPANY,**
**ARMSTRONG CONTAINERS INC.,**
**E I du PONT de NEMOURS AND**
**COMPANY, NL INDUSTRIES, INC.,**
**ATLANTIC RICHFIELD COMPANY and**
**THE SHERWIN-WILLIAMS COMPANY,**
        **Defendants.**

DIJONAE TRAMMELL, TY'JAI TRAMMELL,
and JAQUAN TRAMMELL,
by their Guardian ad Litem Susan Gramling,

v.  Case No. 14CV1423

AMERICAN CYANAMID COMPANY,
E I du PONT de NEMOURS AND
COMPANY, NL INDUSTRIES, INC.,
THE ATLANTIC RICHFIELD COMPANY and
THE SHERWIN-WILLIAMS COMPANY,
          Defendants.

## ORDER

      **IT IS ORDERED** that a telephonic status conference will be held on **March 10, 2015 at 1:30 p.m. CDT** before Judge Lynn Adelman to discuss pending motions and general scheduling. Participants need to call in for the conference as follows: dial access number 1-877-336-1839. You will be prompted for an access code (4144803) and a security code (1234)**.** Once that information is entered participants will be placed on hold until we access the call.

      Dated at Milwaukee, Wisconsin, this 20th day of February 2015.

                                    s/ Lynn Adelman
                                    _____
                                    LYNN ADELMAN
                                    District Judge